**DISMISS and Opinion Filed August 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00187-CV

**JULIO NOE CONTRERAS, Appellant**
**V.**
**COOPER EXCAVATION, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00932**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Appellant's brief is overdue. On August 9, 2019, we ordered appellant to file his brief by August 19, 2019. We cautioned appellant that failure to file a brief by that date would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190187F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JULIO NOE CONTRERAS, Appellant

No. 05-19-00187-CV          V.

COOPER EXCAVATION, INC., Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-00932.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered August 26, 2019